## GAGER v. KASDON.

No. 195, Misc.   Decided October 12, 1964.

Appellant *pro se.*

*Hillel Abrams* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.